**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6569**

———————

UNITED STATES OF AMERICA,

Defendant - Appellee,

versus

CLARENCE COLLINS,

Plaintiff - Appellant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CR-94-138, CA-97-221)

———————

Submitted:  November 30, 2000        Decided:  December 8, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Clarence Collins, Appellant Pro Se.  Gretchen C. F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Clarence Collins seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Collins, Nos. CR-94-138; CA-97-221 (W.D.N.C. filed Apr. 5, 2000; entered Apr. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] While the district court incorrectly noted the possibility that Collins' § 2255 motion, filed on April 24, 1997, might be untimely, it did not base its dismissal on this ground. As we recently concluded, a § 2255 motion filed on that date is timely. See Hernandez v. Caldwell, 225 F.3d 435, 439 (4th Cir. 2000).

2